# Exhibit A

Case 1:19-cv-02108-DLF   Document 1-2   Filed 07/16/19   Page 2 of 2

From: State Department FOIA <noreply@mail.foia.state.gov>
Date: June 17, 2019 at 1:02:39 PM EDT
To: <davidbossie@citizensunited.org>
Subject: FOIA Request Letter

Thank you for filing your FOIA request online on 6/17/2019. Here is a review of your request.

The records I request can be described as follows:
In accordance with the Freedom of Information Act, I hereby request copies of the following records. All emails to or from any of the following former State Department officials: David Wade; Jonathan Winer; Jonathan Finer; Kathleen Kavalec; Victoria Nuland; Matt Summers; Jennifer Stout; or David McKean That contain any of the following names, entities, and/or terms: Burisma; Rosemont; Rosemont Capital; Rosemont Seneca; Hunter Biden; Devon Archer; Christopher Heinz; David Leiter; Viktor Shokin; Yuriy Lutsenko; Mykola Zlochevsky; Ihor Kolomoisky; PrivatBank; Privat Group; Brociti Investments; or Nashi Groshi

The time period of my request is from 01/20/2013 to 01/20/2017

I am a representative of the news media seeking information as part of a news gathering effort and not for commercial use.
Additional documentation or comments will be required.

I represent Citizens United/Documentary Filmmaker
I am willing to pay $25 for my request.

I have a compelling need for expeditious handling:
- An urgency to inform the public concerning actual or alleged Federal Government activity exists.
This option available for ONLY PERSONS PRIMARILY ENGAGED IN DISSEMINATING INFORMATION.

- Information provided will be used for a time-sensitive project that will be made available to the public.

My additional comments are as follows:  N/A

Contact Information
Mr. David N Bossie
Citizens United
1006 Pennsylvania Ave., SE
Washington, District of Columbia 20003
P: (202) 547-5420
F: (202) 547-5421
davidbossie@citizensunited.org