# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>  *Plaintiff*,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>  *Defendant*. | Civ. A. No. 19-2108-DLF |

## NOTICE OF APPEARANCE

 The Clerk of the Court will please enter the appearance of Assistant United States Attorney Daniel Patrick Schaefer as counsel of record for Defendant in the above-captioned case.

Dated: August 26, 2019        Respectfully submitted,

                */s/ Daniel P. Schaefer*
                DANIEL P. SCHAEFER
                D.C. BAR 996871
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-2531
                Daniel.Schaefer@usdoj.gov