UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civ. A. No. 19-2108 (DLF) |

## DEFENDANT'S STATUS REPORT

Defendant U.S. Department of State (the "Department"), by and through counsel, submits this Status Report pursuant to the Court's Minute Order dated November 10, 2020. The Department filed its last Status Report in this matter on November 9, 2020.

The Department previously reported that the effect of COVID-19 on its operations remained pronounced, and it continued to work to adapt its Freedom of Information Act ("FOIA") program to present conditions. The Department further reported that it had determined that it was able to continue processing potentially responsive documents because a reviewer assigned to this case had returned to the office. However, the analyst assigned to the case had not yet returned to the office.[1] For these reasons, the Department was not able to provide a next production date. The Department stated that it would endeavor to provide Plaintiff an anticipated production date as soon as it was able to do so.

---

[1] Each case is typically assigned one FOIA litigation analyst and two or more FOIA reviewers. The reviewer is primarily responsible for reviewing and processing the documents for responsiveness and exemptions and the analyst is responsible for, among other things, compiling documents, providing them to the reviewers, coordinating their responses and any required consultations, and assembling the final production package.

The Department's Washington, D.C., offices remain in Phase Two. As previously reported, bureaus are no longer required to maximize telework, but have been encouraged to continue extending telework flexibilities. However, in light of rising COVID-19 cases across the country, the Department announced on November 25, 2020, that it was reverting to a more restrictive policy that would maximize telework through January 3, 2021, and directing that employees should only come to the office to perform required duties that cannot be accomplished while teleworking. While the Department remains in Phase Two, the Department anticipates that this renewed emphasis on maximizing telework will further constrain the Department's ability to process this and its other FOIA litigation cases, including in obtaining necessary clearances from internal Department and external Executive Branch components, at least until January 3, 2021.

The majority of the Department's FOIA staff continues to telework. While the Department is currently assessing the impact its new COVID-19-related guidance may have on onsite FOIA litigation staffing, at the time of this filing, approximately 25% of its FOIA litigation processing personnel have returned to their Department workstations on a part-time basis. One of the three reviewers assigned to this case has returned to the on-site work and, since the last status report, has continued to process documents in this case. The analyst assigned to this case, who is necessary to manage the workflow, conduct interagency consultations, and prepare productions, continues to telework and has only returned to the office on an ad hoc, intermittent basis. Accordingly, the Department remains unable to provide a next production date at this time.

As previously reported, with the continuation of the pandemic's impact and uncertainty over its duration, the Department, as part of these ongoing efforts, is putting in place a plan to

begin migrating unclassified documents previously being processed on the "FREEDOMS2" platform (the platform used in this case), which is housed on a classified network and is not accessible remotely, to the "FOIAXpress" platform, which is accessible remotely. In some cases, the plan would require classification determinations on a document-by-document basis to ensure that any classified information is managed appropriately. The Department has identified the resources and obtained the approvals necessary to execute this plan, which should shortly allow processing to resume on certain of the Department's FOIA cases.

While it is still developing the details of the plan, the Department anticipates that certain cases will be prioritized for migration of documents to platforms that can be accessed remotely—namely, those where assigned personnel are not returning to the work site during Phase Two, and where the vast majority of records in the case are likely unclassified. The Department cannot yet confirm that this case meets the latter parameter and therefore is not yet in a position to provide a next production date.

The Department will continue working to find a way to resume productions in this case as the FOIA office continues to follow Executive Branch and/or Department guidance issued in response to the ongoing public health situation. The Department will also continue to provide updates about its current and anticipated future FOIA processing capability.

The Department proposes that the Court order it to file a further status report in 30 days. A proposed order is attached.

4

Dated: December 9, 2020                                             Respectfully submitted,

                                                                    MICHAEL R. SHERWIN
                                                                    Acting United States Attorney

                                                                    DANIEL F. VAN HORN
                                                                    D.C. Bar 924092
                                                                    Chief, Civil Division

                                                                    By: */s/ Daniel P. Schaefer*
                                                                    DANIEL P. SCHAEFER
                                                                    D.C. Bar 996871
                                                                    Assistant United States Attorney
                                                                    555 4th Street, N.W.
                                                                    Washington, D.C. 20530
                                                                    (202) 252-2531
                                                                    Daniel.Schaefer@usdoj.gov

                                                                    *Counsel for Defendant*