UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendant*. | Civ. A. No. 19-2108 (DLF) |

## **DEFENDANT'S STATUS REPORT**

Defendant U.S. Department of State (the "Department"), by and through counsel, submits this Status Report pursuant to the Court's Minute Order dated December 9, 2020. The Department filed its last Status Report in this matter on December 9, 2020.

In the last status report, the Department reported that it remained unable to provide a date for the resumption of productions in this case. Specifically, the Department reported that its Washington, D.C., offices remained in Phase Two but that the Department had reverted to a more restrictive policy that would maximize telework through January 3, 2021. The Department further reported that the majority of the Department's FOIA staff continues to telework. At that time, one of the three reviewers assigned to this case had returned to the on-site work and continued to process documents in this case. However, the analyst assigned to this case, who is necessary to manage the workflow, conduct interagency consultations, and prepare productions, continues to telework and had only returned to the office on an ad hoc, intermittent basis.

Since that time, on December 21, 2020, the Department announced that it was officially regressing to Phase One until January 18, 2021. Phase One requires that offices maximize telework. The on-site work patterns of the reviewer and analyst have not changed. However, the

Department anticipates that this reversion to maximizing telework will further constrain the Department's ability to process its FOIA litigation cases, including obtaining clearances from internal Department and external Executive Branch components, at least until January 18, 2021. As a result, the Department remains unable to provide a date for the resumption of productions in this case.

The Department also reported in a prior status report that, earlier this winter, it initiated a plan aimed at migrating unclassified documents previously being processed on the its platform on the classified system to its platform on the unclassified system, which is accessible remotely. The Department further reported that it could not confirm this case met the parameters for the set of cases to be initially transferred.  Since the last status report, the Department has encountered a number of significant difficulties and delays while working to roll out this transfer effort.  As a result, the Department cannot currently estimate if or when a transfer will be feasible in this case.

The Department will continue working to find a way to resume productions in this case as the FOIA office continues to follow Executive Branch and/or Department guidance issued in response to the ongoing public health situation.  The Department will also continue to provide updates about its current and anticipated future FOIA processing capability.

The Department proposes that the Court order it to file a further status report in 30 days. A proposed order is attached.

Dated:  January 8, 2021	Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*