UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　*Defendant*. | Civ. A. No. 19-2108 (DLF) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Status Report dated January 8, 2021, and the entire record herein, it is ORDERED that Defendant shall file another Status Report on or before February 8, 2021.

_____
UNITED STATES DISTRICT JUDGE