UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civ. A. No. 19-2108 (DLF) |

## DEFENDANT'S STATUS REPORT

Defendant U.S. Department of State (the "Department"), by and through counsel, submits this Status Report pursuant to the Court's Minute Order dated October 13, 2021.

After Defendant filed its last Status Report on October 13, the Department issued additional productions on October 20 and December 1.  The October production consisted of four records released in full and 15 released in part.  The December production consisted of two records released in full, 35 released in part, and 74 withheld in full.

As of the date of this filing, the Department's FOIA workforce has not yet returned to its pre-pandemic on-site work posture.  The majority of FOIA personnel continue to work remotely, limiting their access to the Department's classified systems.  The Department plans to make its next production on January 12, 2022 and to continue to make rolling productions every six weeks.

In light of the above, Defendant proposes that the Court order Defendant to file another status report by February 10, 2021, that provides a further update on the Department's records processing and operational status.  A proposed order is attached.

Dated: December 10, 2021
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:  /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER, D.C. Bar # 996871
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*