UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED,

         *Plaintiff*,

    v.

UNITED STATES DEPARTMENT OF
STATE,

         *Defendant*.

Civ. A. No. 19-2108 (DLF)

## DEFENDANT'S STATUS REPORT

Defendant U.S. Department of State (the "Department"), by and through counsel, submits this Status Report pursuant to the Court's Minute Order dated December 13, 2021.

Since the filing of the previous Status Report on December 13, Defendant issued a release determination letter on January 12, 2022, indicating it had processed over 440 pages of records but had not identified additional responsive records.

In late December 2021, the Department issued reinforced COVID-19 workforce guidance that will remain in effect at least through February 28, 2022. According to that guidance, only employees performing mission-critical functions are required to work onsite. Mission-critical functions are those that require access to classified systems to perform essential national security functions, including classified interagency collaboration. FOIA processing and litigation are not mission-critical functions.

The Department is working to minimize the impact that the above guidance will have on its processing of this case. However, as the Department continues to carefully monitor the situation in the National Capital Region with respect to the pandemic and the Omicron variant, it remains likely that the processing of this FOIA request will be impacted by the limited on-site

availability of required personnel, including personnel outside State's FOIA office that are integral to the clearance process.  The Department's FOIA workforce still has not yet returned to its pre-pandemic on-site work posture and the majority of FOIA personnel continue to work remotely, limiting their access to the Department's classified systems.  As previously reported, all documents remaining to be processed in this case are located on those classified systems.  The Department will provide additional updates as they become available.  The Department plans to make its next production on February 23, 2022, and to continue to make rolling productions every six weeks.

In light of the above, Defendant proposes that the Court order Defendant to file another status report on April 12, 2021, that provides a further update on the Department's records processing and operational status.  A proposed order is attached.

Dated: February 10, 2022
         Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____*/s/ Daniel P. Schaefer*_____
      DANIEL P. SCHAEFER, D.C. Bar # 996871
      Assistant United States Attorney
      555 Fourth Street, NW
      Washington, DC 20530
      (202) 252-2531
      Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*