UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civ. A. No. 19-2108 (DLF) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Status Report dated December 10, 2021, and the entire record herein, it is ORDERED that Defendant shall file another Status Report on or before February 10, 2022.

_____
UNITED STATES DISTRICT JUDGE