UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>  *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>  *Defendant*. | Civ. A. No. 19-2108 (DLF) |

## **DEFENDANT'S STATUS REPORT**

  Defendant U.S. Department of State (the "Department"), by and through counsel, submits this Status Report pursuant to the Court's Minute Order dated April 12, 2022.

  On April 25, 2022, the Department transitioned to an "All Functions" hybrid work and telework posture in the National Capital Region.  Since the filing of Defendant's last Status Report on April 12, 2022, the Department issued an interim production on May 18, 2022.  The processing of records is still ongoing.  The parties are also exchanging communications about narrowing the scope of the remainder of the review.  The Department plans to make its next production on June 29, 2022, and to continue to make rolling productions every six weeks.

  In light of the above, Defendant proposes that the Court order Defendant to file another Status Report on or before August 17, 2022, that provides a further update on the Department's processing of records in this case.  A proposed order is attached.

Dated: June 10, 2022
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER, D.C. Bar # 996871
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*

2