UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civ. A. No. 19-2108 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Status Report dated June 10, 2022, and the entire record herein, it is ORDERED that Defendant shall file another Status Report on or before August 17, 2022.

_____
UNITED STATES DISTRICT JUDGE