UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendant*. | Civ. A. No. 19-2108 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated October 28, 2024, Plaintiff Citizens United and Defendant U.S. Department of State (the "Department"), by and through respective counsel, submit this Joint Status Report.

On August 30, 2024, the Court ordered that within 45 days after the Defendant receives pages from the consulting agency or agencies, the Defendant will process those records in response to the Plaintiff's request. Min. Order. On September 9, 2024, the Department received records from one of the agencies it consulted regarding Plaintiff's request. Accordingly, on October 24, 2024, the Department made a production of nonexempt portions of 67 responsive records totaling 309 pages. On November 19, 2024, the agency received additional records back from one of the agencies it consulted regarding plaintiff's request. Accordingly, on December 5, 2024, the Department made a production of nonexempt portions of 9 responsive records totaling 34 pages. The Department will continue to process records pursuant to the Court's August 30, 2024, Minute Order once it receives the remaining pages from the consulted agency or agencies.

Given this update, the parties propose filing another Joint Status Report on or before February 22, 2025, to report on the status of Department's processing and production.

Dated: December 20, 2024

_/s/ Jeremiah Lee Morgan_
JEREMIAH LEE MORGAN, D.C. Bar # 1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      _/s/ Erika Oblea_
ERIKA OBLEA, D.C. Bar # 1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for the United States*