UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civ. A. No. 19-2108 (DLF) |

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 23, 2024, Plaintiff Citizens United and Defendant U.S. Department of State (the "Department"), by and through respective counsel, submit this Joint Status Report.

On August 30, 2024, the Court ordered that within 45 days after the Defendant receives pages from the consulting agency or agencies, the Defendant will process those records in response to the Plaintiff's request. Min. Order. On December 16, 2024, the Department received records from one of the agencies it consulted regarding Plaintiff's request. Accordingly, on January 16, 2025, the Department made a production of nonexempt portions of nine responsive records totaling twenty-one pages. The Department has now completed its processing in response to Plaintiff's request and advised Plaintiff accordingly. The Department also sent records to other agencies for direct referral. The parties expect to meet and confer regarding any productions made in response to the FOIA request at issue in an effort to eliminate or narrow those issues for this Court's attention.

Given this update, the parties propose filing another Joint Status Report on or before April 24, 2025, to report on the status of the parties' discussions.

Dated: February 21, 2025

 /s/ Jeremiah Lee Morgan
JEREMIAH LEE MORGAN, D.C. Bar # 1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       /s/ Erika Oblea
ERIKA OBLEA, D.C. Bar # 1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for the United States*