UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civ. A. No. 19-2108 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 21, 2025, Plaintiff Citizens United and Defendant U.S. Department of State (the "Department"), by and through respective counsel, submit this Joint Status Report.

On August 30, 2024, the Court ordered that within 45 days after the Defendant receives pages from the consulting agency or agencies, the Defendant will process those records in response to the Plaintiff's request. Min. Order.

Although the Department previously stated it had completed its processing in response to Plaintiff's request, the Department has since conferred with one of the agencies to which it sent records for direct referral. That agency indicated that it would be more appropriate for the Department to make the release and accordingly returned the records to the Department on March 17, 2025. The Department determined that further consultation with a different external agency was required and expects to make a release of those records on or before May 1, 2025, or otherwise seek relief from the Court to obtain additional time to complete processing of the records. As to the other referrals, the Department of Defense made a release of records the Department referred to it on February 25, 2025. The Office of the U.S. Trade Representative also made a release of

records the Department referred to it on March 4, 2025. There is one other agency remaining to which the Department had referred records for that agency's direct release.

Given this update, the parties propose filing another Joint Status Report on or before June 24, 2025, to report on the status of the FOIA request.

Dated: April 24, 2025

Respectfully submitted,

 /s/ Jeremiah Lee Morgan
JEREMIAH LEE MORGAN, D.C. Bar # 1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:       /s/ Erika Oblea
ERIKA OBLEA, D.C. Bar # 1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for the United States*